699

68 So.2d 923

### Gerald D. MOORE    v.    STATE.

6 Div. 532.

Supreme Court of Alabama.

Aug. 6, 1953.

PER CURIAM.

Appeal abated.

68 So.2d 923

### Roberta C. MUNGER

v.

### Wayne SAWYER, pro aml.

6 Div. 602.

Supreme Court of Alabama.

June 30, 1953.

PER CURIAM.

Appeal dismissed, by agreement.

68 So.2d 923

### Matthew POWELL

v.

### D. L. SKINNER et al.

4 Div. 750.

Supreme Court of Alabama.

June 16, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 923

### Ex parte Matthew POWELL.

4–750–A.

Supreme Court of Alabama.

June 16, 1953.

PER CURIAM.

Petition dismissed.

66 So.2d 926

### Mack RIDDLESPUR v. STATE.

6 Div. 604.

Supreme Court of Alabama.

Aug. 11, 1953.

John R. Robinson, Asheville, for petitioner.

Si Garrett, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Mack Riddlespur for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Riddlespur v. State, 66 So.2d 927. See Hathcock v. State, ante, p. 363, 66 So.2d 927.

Writ denied.

LIVINGSTON, C. J., and LAWSON, SIMPSON and GOODWYN, JJ., concur.

68 So.2d 924

### WORD MOTOR CO.  v.  Charlie BROWN.

7 Div. 150.

Supreme Court of Alabama.

May 26, 1953.

PER CURIAM.

Appeal dismissed.